IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| TRAVIS SMELTZ, | : | No. 3:23cv636 |
|     Plaintiff | : | |
| | : | (Judge Munley) |
| v. | : | |
| | : | |
| ALEJANDRO N. MAYORKAS, | : | |
| SECRETARY, DEPARTMENT OF | : | |
| HOMELAND SECURITY; and | : | |
| SECRETARY OF THE | : | |
| TRANSPORTATION SECURITY | : | |
| ADMINISTRATION, | : | |
|     Defendants | : | |

..............................................................................................................

**ORDER**

**AND NOW**, this 25th day of September 2024, for the reasons set forth in an accompanying memorandum, it is hereby **ORDERED** that:

1) Defendants' motion to dismiss (Doc. 17) is **GRANTED**;

2) Plaintiff's disparate treatment claim asserted in Count Two of the amended complaint pursuant to Title VII of the Civil Rights Act of 1964 is **DISMISSED** with prejudice;

3) Plaintiff's claims for violation of 42 U.S.C. § 1983 in Count Three of the amended complaint are **DISMISSED** with prejudice;

4) Regarding the other causes of action raised in the amended complaint, plaintiff is granted leave to file a second amended complaint **within**

**twenty-one (21) days** consistent with the court's rulings in the memorandum; and

5) If plaintiff fails to file a second amended complaint within twenty-one (21) days, the court will dismiss plaintiff's remaining claims in accordance with the memorandum and direct the Clerk of Court to close this case.

BY THE COURT:

*/s/ Julia K. Munley*

JUDGE JULIA K. MUNLEY
United States District Court