## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

TRAVIS SMELTZ,                       :        No. 3:23cv636
         **Plaintiff**            :

                       :        **(Judge Munley)**

    v.                               :

MARKWAYNE MULLIN,                    :
Secretary Designate,                 :
Department of Homeland Security;     :
HA NGUYEN MCNEILL, Deputy            :
Administrator of the Transportation  :
Security Administration and          :
Senior Official Performing           :
the Duties of the TSA Administrator; :
CLAY ROBBINS;                        :
ROBERT DUERR; and                    :
RICHARD F. ALTOMARE,                 :
         **Defendants**          :

### ORDER

**AND NOW**, this _____ day of March 2026, for the reasons set forth in an accompanying memorandum, it is hereby **ORDERED** that:

1) Defendants' motion to dismiss, (Doc. 42), is **GRANTED** in part and **DENIED** in part;

2) Regarding Count I of the plaintiff's second amended complaint for violation of Title VII of the Civil Rights Act of 1964 ("Title VII"), the motion is **GRANTED** with respect to the claims against Defendants Clay Robbins, Robert Duerr, and Richard F. Altomare and **DENIED** with respect to the

heads of the Department of Homeland Security ("DHS") and the Administrator of the Transportation Security Administration ("TSA");

3) The Title VII claims against Defendants Robbins, Duerr, and Altomare are **DISMISSED** with prejudice;

4) Regarding Counts II, III, and IV, the motion is **GRANTED** with respect to all defendants;

5) The claims asserted in Counts II, III, and IV are **DISMISSED** with prejudice;

6) The Clerk of Court is directed to terminate Defendants Robbins, Duerr, and Altomare from this action; and

7) The Clerk of Court is directed to amend the caption to indicate that plaintiff's Title VII claims proceed against the DHS Secretary and TSA Administrator as named in the memorandum and in this order.

BY THE COURT:

JUDGE JULIA K. MUNLEY
United States District Court

2